```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/8/2021__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
HUWE BURTON,

                Plaintiff,

-against-

The CITY OF NEW YORK; New York City Police Department ("NYPD") Detective Sergeant FRANK VIGGIANO (Shield No. 2877); NYPD Detective STANLEY SCHIFFMAN (Shield No. 3722); NYPD Detective SEVELIE JONES (Shield No, 1808); NYPD Detective DONALD SCHAPPERT (Shield No. 2841); Detective EUGENE MALONEY (Shield No. 1063); Detective BADE; Bronx County Assistant District Attorney ELISA KOENDERMAN; in their individual and official capacities; and STACEY BLOCKER a/k/a STACEY GREEN,

                Defendants.

20 Civ. 9025 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    It is ORDERED that the initial pretrial conference scheduled for January 14, 2021, is ADJOURNED to **January 19, 2021**, at **10:20 a.m.** The conference will proceed in accordance with the Court's Emergency Rules and Practices in Light of COVID-19. Accordingly, at 10:20 a.m. on January 19, 2021, the parties shall call into the Court's dedicated conference line at (888) 398-2342 or (212) 861-0674, and then enter the access code 5598827, followed by the pound sign.

    SO ORDERED.

Dated: January 8, 2021
       New York, New York

                                        ANALISA TORRES
                                 United States District Judge