BELDOCK LEVINE & HOFFMA[N]
99 PARK AVENUE, PH/26TH F[LOOR]
NEW YORK, N.Y. 10016

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

JONATHAN MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
CYNTHIA ROLLINGS
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
MARJORY D. FIELDS
EMILY JANE GOODMAN
    (JUSTICE NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF: 9000000.24000

WRITER'S DIRECT CONTACT:
212-277-5880
ldroubi@blhny.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/2021

May 3, 2021

**VIA ECF**
Hon. Analisa Torres
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Huwe Burton v. City of New York, et al.*
Case No. 20-CV-9025 (AT)(RWL)

Your Honor:

This firm represents Plaintiff Huwe Burton in the above referenced action. Plaintiff writes, with the consent of Defendants, to respectfully request that the initial pretrial conference, currently scheduled for May 11, 2021, (Dkt. No. 56), be adjourned to a date convenient to the Court after June 4, 2021, and that the parties' joint letter and proposed case management plan, currently due May 4, 2021, be correspondingly adjourned. The reason for Plaintiff's request is to allow the parties to continue settlement negotiations currently proceeding before Magistrate Judge Robert W. Lehrburger before committing to a case management plan. The parties' settlement conference is presently scheduled to resume on June 4, 2021. (Dkt. No. 61). The initial pretrial conference has previously been adjourned four times: once by joint request of the parties (granted at Dkt. No. 38); and three times by the Court (Dkt. Nos. 42, 43, and 56).

GRANTED. The initial pretrial conference scheduled for May 11, 2021, is ADJOURNED to **June 17, 2021**, at **10:40 a.m.** By **June 10, 2021**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: May 4, 2021
    New York, New York

ANALISA TORRES
United States District Judge