## BELDOCK LEVINE & HOFFMAN LLP
### 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016

JONATHAN MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
CYNTHIA ROLLINGS
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

October 29, 2021

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
MARJORY D. FIELDS
EMILY JANE GOODMAN
   (JUSTICE NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF:
900000.2400

WRITER'S DIRECT CONTACT:
212-277-5816
marena@blhny.com

**VIA ECF**
Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re: *Huwe Burton v. City of New York, et al.*, 20-cv-09025 (AT) (RWL)

Your Honor:

As counsel for Plaintiff in the above referenced case, we write to respectfully request an extension of time to file Plaintiff's motion for default judgment against Defendant Stacey Blocker a/ka/ Stacey Green ("Defendant Blocker") currently due on November 1, 2021. By way of background, a settlement has been reached in this matter with the City of New York, (Dkt. No. 76), and the City Defendants have been dismissed from the case, (Dkt. No. 75). The Court granted Plaintiff's request to reopen the case as to Defendant Blocker on September 17, 2021. (Dkt. No. 72). A Certificate of Default was issued against Defendant Blocker on October 27, 2021. (Dkt. No. 80).

The reason for this request is that Plaintiff needs additional time to prepare his proposed damages and the bases for those damages. Accordingly, Plaintiff respectfully requests that the deadline to file his motion for default judgment be extended 30 days from November 1, 2021, to December 1, 2021. This is Plaintiff's first request for an extension of time to file the default motion since the reopening of the case.

We thank the Court for its attention to this matter.

Respectfully submitted,

Marc Arena

cc: Stacey Blocker (by U.S. Mail)