UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

HUWE BURTON,

                                          Plaintiff,

    -against-

The CITY OF NEW YORK; New York City Police Department ("NYPD") Detective Sergeant FRANK VIGGIANO (Shield No. 2877); NYPD Detective STANLEY SCHIFFMAN (Shield No. 3722); NYPD Detective SEVELIE JONES (Shield No, 1808); NYPD Detective DONALD SCHAPPERT (Shield No. 2841); Detective EUGENE MALONEY (Shield No. 1063); Detective BADE; Bronx County Assistant District Attorney ELISA KOENDERMAN in their individual and official capacities; and STACEY BLOCKER a/k/a STACEY GREEN,

                                            Defendants.

------------------------------------------------------------------- X

**[PROPOSED] JUDGMENT BY DEFAULT**

20-cv-9025 (AT) (RWL)

        **WHEREAS**, on October 29, 2020 (Dkt. No. 1), Plaintiff Huwe Burton commenced this civil action against the above-named defendant, STACEY BLOCKER a/k/a STACEY GREEN, by filing of the Summons and Complaint, and;

        **WHEREAS**, a copy of the Summons and Complaint and First Amended Complaint was timely served upon Defendant STACEY BLOCKER a/k/a STACEY GREEN and an affidavit of service filed on the docket on December 4, 2020 (Dkt. No. 34);

        **WHEREAS**, on October 27, 2021, Ruby Krajick, the Clerk of the Court for the Southern District of New York, issued a Certificate of Default, (Dkt. No. 80); and

        **WHEREAS**, no claims or answers have been filed or made in this judicial action by Defendant STACEY BLOCKER a/k/a STACEY GREEN, and the requisite time periods having expired; it is hereby

**ORDERED, ADJUDGED AND DECREED**: That the Plaintiff have judgment against Defendant STACEY BLOCKER a/k/a STACEY GREEN, in an amount to be determined at Inquest, with interest commencing today plus attorneys' fees, costs, and disbursement of this action.

Dated:   New York, New York
         _____, 2022

                              SO ORDERED:


                              _____
                              HONORABLE ANALISA TORRES
                              UNITED STATES DISTRICT JUDGE