UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

HUWE BURTON,

                              Plaintiff,

    -against-

The CITY OF NEW YORK; New York City Police Department ("NYPD") Detective Sergeant FRANK VIGGIANO (Shield No. 2877); NYPD Detective STANLEY SCHIFFMAN (Shield No. 3722); NYPD Detective SEVELIE JONES (Shield No, 1808); NYPD Detective DONALD SCHAPPERT (Shield No. 2841); Detective EUGENE MALONEY (Shield No. 1063); Detective BADE; Bronx County Assistant District Attorney ELISA KOENDERMAN in their individual and official capacities; and STACEY BLOCKER a/k/a STACEY GREEN,

                              Defendants.

**[PROPOSED] ORDER TO SHOW CAUSE FOR ENTRY OF DEFAULT JUDGMENT AS TO DEFENDANT STACEY BLOCKER a/k/a STACEY GREEN**

20-cv-9025 (AT) (RWL)

------------------------------------------------------------------ X

      Upon the accompanying declaration of Marc Arena of Beldock Levine & Hoffman, LLP, attorneys for Plaintiff in the above-referenced action, dated February 7, 2022, together with the exhibits annexed thereto, including the Clerk's Certification of Default, and the declaration of Plaintiff Huwe Burton, it is

      **ORDERED** that Defendant STACEY BLOCKER a/k/a STACEY GREEN or their attorneys show cause before a motion term of this court, the Honorable Analisa Torres presiding, at Courtroom 15D, 500 Pearl Street, United States Courthouse, New York, NY 10007-1312, in the County and State of New York, on _____, 2022 at _____ a.m./p.m. or as soon thereafter as counsel may be heard, why an Order should not be issued entering a

Judgment by Default in the above-referenced case, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure.

**It is further ORDERED** that service, *via* Certified Mail, attaching of a copy of this Order, together with the papers upon which it is granted, upon Defendant STACEY BLOCKER a/k/a STACEY GREEN, LLC on or before _____ a.m./p.m., _____, 2022, shall be deemed good and sufficient service thereof;

**PLEASE TAKE FURTHER NOTICE** that Defendant STACEY BLOCKER a/k/a STACEY GREEN shall file and serve opposing papers in response to this application no later than _____, Service shall be made by delivering papers to Marc Arena, Beldock Levine & Hoffman LLP, 99 Park Avenue, PH/26th Floor, New York, NY 10016, and reply papers, if any, shall be served within seven days after service of the answering papers.

Dated:   New York, New York
              _____, 2022

SO ORDERED:

_____
HONORABLE ANALISA TORRES
UNITED STATES DISTRICT JUDGE