UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

HUWE BURTON,

                          Plaintiff,

   -against-

The CITY OF NEW YORK; New York City Police Department ("NYPD") Detective Sergeant FRANK VIGGIANO (Shield No. 2877); NYPD Detective STANLEY SCHIFFMAN (Shield No. 3722); NYPD Detective SEVELIE JONES (Shield No, 1808); NYPD Detective DONALD SCHAPPERT (Shield No. 2841); Detective EUGENE MALONEY (Shield No. 1063); Detective BADE; Bronx County Assistant District Attorney ELISA KOENDERMAN in their individual and official capacities; and STACEY BLOCKER a/k/a STACEY GREEN,

                          Defendants.

------------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 2/16/2022

**ORDER TO SHOW CAUSE FOR ENTRY OF DEFAULT JUDGMENT AS TO DEFENDANT STACEY BLOCKER a/k/a STACEY GREEN**

20-cv-9025 (AT) (RWL)

    Upon the accompanying declaration of Marc Arena of Beldock Levine & Hoffman, LLP, attorneys for Plaintiff in the above-referenced action, dated February 7, 2022, together with the exhibits annexed thereto, including the Clerk's Certification of Default, and the declaration of Plaintiff Huwe Burton, it is

    **ORDERED** that Defendant STACEY BLOCKER a/k/a STACEY GREEN or their attorneys show cause before a motion term of this court, the Honorable Robert W. Lehrburger presiding, at Courtroom 18D, 500 Pearl Street, United States Courthouse, New York, NY 10007-1312, in the County and State of New York, on **March 31, 2022 at 3:00 p.m.** or as soon thereafter as counsel may be heard, why an Order should not be issued entering a Judgment by Default in the above-referenced case, pursuant

to Rule 55(b)(2) of the Federal Rules of Civil Procedure.

**It is further ORDERED** that service, *via* Certified Mail, attaching of a copy of this Order, together with the papers upon which it is granted, upon Defendant STACEY BLOCKER a/k/a STACEY GREEN, LLC on or before **5:00 p.m. February 18, 2022**, shall be deemed good and sufficient service thereof;

**PLEASE TAKE FURTHER NOTICE** that Defendant STACEY BLOCKER a/k/a STACEY GREEN shall file and serve opposing papers in response to this application no later than **March 21, 2022.** Service shall be made by delivering papers to Marc Arena, Beldock Levine & Hoffman LLP, 99 Park Avenue, PH/26th Floor, New York, NY 10016, and reply papers, if any, shall be served within seven days after service of the answering papers.

Dated:  New York, New York
        February 16, 2022

SO ORDERED:

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE