USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HUWE BURTON,

                        Plaintiff,

        - against -

CITY OF NEW YORK, et al.,

                        Defendants.
-------------------------------------------------------------X

20-CV-9025 (AT) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the telephone conference held on April 27, 2022, Plaintiff shall submit additional evidence and briefing in support of damages by **June 27, 2022**. Any responding papers and evidence must be submitted by **July 27, 2022**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:    April 27, 2022
             New York, New York