```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HUWE BURTON,                                                :
                                                            :       20-CV-9025 (AT) (RWL)
                            Plaintiff,                      :
                                                            :       ORDER
            - against -                                     :
                                                            :
CITY OF NEW YORK, et al.,                                   :
                                                            :
                            Defendants.                     :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court's April 20, 2022 order (Dkt. 93) required Plaintiff to file default judgment materials supporting any claim for attorney's fees. Plaintiff's filings (Dkts. 106-07) did not include any such materials. Accordingly, no later than **September 14, 2022**, Plaintiff shall file the requisite material to support its claim for attorney's fees, or, instead, shall file a letter stating that Plaintiff does not seek recovery of attorney's fees as against Defendant Green.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   August 31, 2022
         New York, New York