```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/14/2022_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HUWE BURTON,

            Plaintiff,

-against-                        20 Civ. 9025 (AT) (RWL)

STACEY BLOCKER a/k/a STACEY GREEN,     **ORDER**

            Defendant.

ANALISA TORRES, District Judge:

    Having received no objections to the Report and Recommendation (the "R&R"), ECF No. 113, of the Honorable Robert W. Lehrburger, the Court reviewed the R&R for clear error and found none. *Oquendo v. Colvin*, No. 12 Civ. 4527, 2014 WL 4160222, at *2 (S.D.N.Y. Aug. 19, 2014).

    The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, Plaintiff Huwe Burton's motion for default judgment and an award of damages against Defendant Stacey Blocker a/k/a Stacey Green is GRANTED. Defendant must pay compensatory damages in the amount of $19,000,000 and post-judgment interest pursuant to 28 U.S.C. § 1961 to Plaintiff.

    The Clerk of Court is directed to enter judgment against Defendant in accordance with this order and close the case.

    SO ORDERED.

Dated: October 14, 2022
       New York, New York

                                                                   ANALISA TORRES
                                                   United States District Judge