UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HUWE BURTON,

                     Plaintiff,                        20 **CIVIL** 9025 (AT)(RWL)

        -against-                         **DEFAULT JUDGMENT**

STACEY BLOCKER a/k/a STACEY GREEN,

                    Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 14, 2022, having received no objections to the Report and Recommendation of the Honorable Robert W. Lehrburger, the Court reviewed the R&R for clear error and found none. Oquendo v. Colvin, No. 12 Civ. 4527, 2014 WL 4160222, at *2 (S.D.N.Y. Aug. 19, 2014). The Court has ADOPTED the R&R in its entirety. Accordingly, Plaintiff Huwe Burton's motion for default judgment and an award of damages against Defendant Stacey Blocker a/k/a Stacey Green is GRANTED. Defendant must pay compensatory damages in the amount of $19,000,000 and post-judgment interest pursuant to 28 U.S.C. § 1961 to Plaintiff; accordingly, the case is closed.

**Dated:**  New York, New York
           October 17, 2022

                                                    **RUBY J. KRAJICK**
                                                    **Clerk of Court**
                           **BY:**     *K. Mango*
                                                     **Deputy Clerk**